**Copyrights-In-Suit for IP Address 68.48.232.116**

**ISP:** Comcast Cable
**Location:** Columbia, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/24/2012 |
| Angel Afternoon Delight | PA0001776835 | 02/20/2012 | 02/21/2012 | 11/27/2012 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 06/29/2012 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 09/18/2012 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 10/11/2012 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 04/18/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 08/20/2012 |
| Carlie Leila Strawberries and Wine | PA0001762081 | 05/07/2010 | 11/18/2011 | 03/13/2012 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 07/03/2012 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 08/10/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/13/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/09/2012 |
| Daydream | PA0001810455 | 10/15/2012 | 10/15/2012 | 10/19/2012 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 07/15/2012 |
| Evening at Home | PA0001782559 | 03/21/2012 | 03/22/2012 | 03/24/2012 |
| Evening at Home Part #2 | PA0001785204 | 04/04/2012 | 04/04/2012 | 04/04/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 08/06/2012 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 11/05/2012 |
| Foot Fetish | PA0001793970 | 06/20/2012 | 06/21/2012 | 10/16/2012 |
| Grace Angelic | PA0001800022 | 07/09/2012 | 07/11/2012 | 07/13/2012 |

EXHIBIT B

MD47

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/27/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 11/25/2012 |
| Heaven Sent | PA0001788136 | 04/30/2012 | 04/27/2012 | 05/09/2012 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 03/08/2012 |
| Her First Threesome | PA0001791349 | 07/27/2011 | 05/25/2012 | 09/23/2012 |
| Holiday in Spain | PA0001780466 | 10/21/2011 | 03/10/2012 | 09/16/2012 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 08/11/2012 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 11/28/2012 |
| Introducing Diana | PA0001789511 | 05/11/2012 | 05/11/2012 | 05/12/2012 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 10/31/2012 |
| Introducing Veronika | PA0001776801 | 02/17/2012 | 02/21/2012 | 02/23/2012 |
| LA Love | PA0001790458 | 03/22/2010 | 05/23/2012 | 10/06/2012 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 11/06/2012 |
| Leila Sex on the Beach | PA0001762083 | 12/22/2010 | 11/21/2011 | 08/18/2012 |
| Like a Dove | PA0001790457 | 05/23/2012 | 05/23/2012 | 05/24/2012 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 12/21/2012 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 05/09/2012 |
| Lovely Lovers | PA0001787330 | 04/18/2012 | 04/18/2012 | 11/04/2012 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 09/16/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 03/19/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/06/2013 |
| My Best Friends Boyfriend | PA0001789510 | 03/28/2011 | 05/11/2012 | 11/26/2012 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 05/18/2012 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 03/26/2012 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 08/30/2012 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Pink Orgasm | PA0001797944 | 07/16/2012 | 07/18/2012 | 07/15/2012 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 07/13/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 05/09/2012 |
| Private Time | PA0001804966 | 07/31/2012 | 08/21/2012 | 09/30/2012 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 10/13/2012 |
| Roommates | PA0001786265 | 04/10/2012 | 04/11/2012 | 04/12/2012 |
| Sapphic Experience | PA0001793364 | 06/11/2012 | 06/14/2012 | 06/12/2012 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/02/2012 |
| Silver Bullets | PA0001790373 | 05/13/2012 | 05/16/2012 | 10/28/2012 |
| Silvie Eufrat Strip Poker | PA0001775909 | 02/06/2012 | 02/17/2012 | 03/08/2012 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 05/09/2012 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 11/10/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/04/2012 |
| Strawberry Blonde | PA0001794450 | 06/22/2012 | 06/25/2012 | 06/20/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 07/13/2012 |
| Teenage Dream | PA0001791491 | 05/29/2012 | 06/01/2012 | 10/31/2012 |
| The Foursome | PA0001780470 | 09/15/2011 | 03/10/2012 | 10/20/2012 |
| The Masseuse | PA0001779634 | 11/25/2011 | 03/08/2012 | 09/30/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 08/16/2012 |
| Tiffany Sex with a Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 09/29/2012 |
| Time to Go | PA0001780771 | 03/14/2012 | 03/10/2012 | 03/16/2012 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 07/30/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 08/23/2012 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 05/08/2012 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 09/18/2012 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|-------|---------------------|--------------------------|-------------------|---------------------|
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/06/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/18/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  72**

EXHIBIT B

MD47