**Expanded Surveillance of IP Address 68.48.232.116**

**ISP:** Comcast Cable
**Location:** Columbia, MD

| Hit Date UTC | Filename |
| --- | --- |
| 01/06/2013 | WOWGirls.11.08.21.Ivana.And.Mia.XXX.720p.MP4 |
| 01/06/2013 | The Sopranos Season 2 Complete 720p |
| 01/06/2013 | Windows 8 Professional X86-X64 English AIO + Activator |
| 01/06/2013 | The Sopranos Season 3 Complete 720p WEB-DL |
| 01/06/2013 | X ART ANGIE MORNING DESIRES 1080 HD |
| 01/06/2013 | The Sopranos Season 4 Complete 720p |
| 01/06/2013 | PornFidelity - White Room - Christy Mack.mp4 |
| 01/06/2013 | prnfle1108x.mp4 |
| 01/06/2013 | The Sopranos Season 6 Complete 720p |
| 01/06/2013 | The.Sessions.2012.DVDSCR.XviD.AC3-NYDIC |
| 01/05/2013 | torrenet2 |
| 12/21/2012 | The Walking Dead S03E05 HDTV x264-2HD[ettv] |
| 12/21/2012 | The Walking Dead S03E06 HDTV x264-ASAP[ettv] |
| 12/21/2012 | MassageGirls18.com - 2012-03-10 - Sheena-chkm8te.wmv |
| 12/21/2012 | dm_marie_mccray_bb111412_720p_8000.mp4 |
| 12/21/2012 | Dani.Jenson.and.Lia.Lor.Deep.Throating.Tag.Team.DeepThroatLove.2012_iyutero.com.mp4 |
| 12/21/2012 | The.Walking.Dead.S03E01.HDTV.x264-2HD.[VTV].mp4 |
| 12/21/2012 | X-Art  Lipstick Lesbians  Baby, Mira |
| 12/21/2012 | The Walking Dead S03E07 HDTV x264-2HD[ettv] |
| 12/21/2012 | The.Mentalist.S05E07.If.It.Bleeds.It.Leads.HDTV.x264-LOL.[VTV].mp4 |
| 12/21/2012 | BangBus - Lexi Belle In Miami.mp4 |
| 12/21/2012 | the.walking.dead.s03e04.hdtv.x264-2hd.mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 12/21/2012 | Gyno-x.com Jennifer Gyno Exam! 19.12720P |
| 11/29/2012 | 0071461043 - Medical Terminology Demystified - A Self-Teaching Guide.pdf |
| 11/29/2012 | Top.Chef.S02E01.DSR.XviD-ORENJi[www.moviex.info] |
| 11/29/2012 | Encyclopedia of Human Body Systems |
| 11/29/2012 | Anabolic Initiations 24 [Split Scenes] |
| 11/29/2012 | Joymii - Perfect Day - Misty Stone and Tasha Reign [720p] [wmv] |
| 11/29/2012 | ACDSee v15.0 build 169 with Key [h33t][iahq76] |
| 11/29/2012 | movie clips |
| 11/28/2012 | Most Effective Natural Cures on Earth - The Surprising Unbiased Truth about What Treatments Work and Why -Mantesh |
| 11/28/2012 | mg-izy.wmv |
| 11/28/2012 | Apocalypse Now {1979} 720p BRRip x264 - HDMiCRO by Mr. KickASS |
| 11/28/2012 | Pulp Fiction |
| 11/28/2012 | Webuser - How to Leave No Trace on The Internet (15 November 2012 (HQ PDF)) |
| 11/28/2012 | Bad.Girls.5.[720p].mkv |
| 11/28/2012 | KBlaze |
| 11/28/2012 | 50 Things Every Young Gentleman Should Know Revised and Upated - What to Do, When to Do It, and Why 2012 (Epub) - Mantesh |
| 11/28/2012 | Concise Oxford English Dictionary 11th Edition Revised(Alien) |
| 11/28/2012 | Maximum PC - PC HOW-TO GUIDE Fall 2012 |
| 11/28/2012 | sexo-xart-gianna-121127.mov |
| 11/28/2012 | NYT Bestsellers 18 November [azizex666] |
| 11/28/2012 | x-art_angelica_introducing_angelica_1080.mov |
| 11/27/2012 | Alysha.A.Diastasi.Met.Art.2012.FullHD_iyutero.com.mp4 |
| 11/27/2012 | Pulp Fiction (1994) [1080p] |
| 11/27/2012 | Melody Jordan - Fire HD 720p |

EXHIBIT C

MD47

| Hit Date UTC | Filename |
|---|---|
| 11/27/2012 | Victoria Rae Black (Pussy password  29.03.11)SD |
| 11/27/2012 | DoubleTap |
| 11/27/2012 | ktr.mg18.12.09.29.lexi.wmv |
| 11/27/2012 | FW-23747 Monique Alexander and Gracie Glam |
| 11/27/2012 | Simpsons 6 |
| 11/27/2012 | SexArt - Vanessa Cage and Tyler Nixon |
| 11/27/2012 | SexArt.12.09.06.Dani.Jensen.Sexart.Style.XXX.1080p.MP4 |
| 11/27/2012 | prnfle169x |
| 11/27/2012 | Pulp Fiction (1994) |
| 11/27/2012 | Anastasia.G.Presenting.Anastasia.Met.Art.2012.FullHD_iyutero.com.mp4 |
| 11/27/2012 | WowGirls  Introduce Your Pussy To Me  Gloria, Stephanie |
| 11/27/2012 | Musikresan 180 (2007) |
| 11/27/2012 | Jackie.Brown.1997.1080p.BluRay.x264.anoXmous |
| 11/27/2012 | Nuru.Massage.Tory.Lane.Fantasy.Football.XXX.pornalized.avi |
| 11/27/2012 | Gracie Glam from Intimate Passions.avi |
| 11/27/2012 | Tori Black - All Access Backstage Pass |
| 11/27/2012 | Innocent High - Gracie Glam.wmv |
| 11/27/2012 | Rome.S02E04.HR.HDTV.AC3.5.1.XviD-NBS |
| 11/27/2012 | Gracie.Glam.Lust.XXX.720P-BRRIP-XVID-PULSAR |
| 11/27/2012 | PassionHD Dani Jensen Passion Vibe.mp4 |
| 11/27/2012 | Brave.2012.1080p.BluRay.x264.anoXmous |
| 11/27/2012 | Explicite-Art- Judy Minx (A day with Judy22.11.2012) (2012) HDTV |
| 11/27/2012 | Tori.Torrid.Love.X.Art.2010.FullHD_iyutero.com.wmv |
| 11/27/2012 | Gianna.Prelude.To.Passion.XArt.2012.HD_iyutero.com.wmv |
| 11/27/2012 | Whatever.It.Takes.[720p].mkv |
| 11/27/2012 | Angel.Afternoon.Delight.XArt.2012.FullHD_iyutero.com.mov |

EXHIBIT C

MD47

| Hit Date UTC | Filename |
|---|---|
| 11/27/2012 | Nuru Massage - New Nuru On The Block Asa and Bryan |
| 11/27/2012 | Madonna.Wet.Girl.Game.WowGirls.2012.HD_iyutero.com.mp4 |
| 11/27/2012 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR |
| 11/27/2012 | NaughtyAmerica- Julia Ann ( 22.11.2012) (2012) SATRip |
| 11/27/2012 | Teens Like It Big - Dani Jensen |
| 11/27/2012 | John Ajvide Lindqvist -  Pappersv?ggar |
| 11/26/2012 | WowGirls - Anjelica Collection HD II |
| 11/26/2012 | The Gale Encyclopedia of Medicine - Volume 1-6 - 4th Ed-Laurie J. Fundukian (2011)BBS.pdf |
| 11/26/2012 | WowGirls - Introduce Your Pussy To Me - Gloria, Stephanie [1080p].wmv |
| 11/26/2012 | Orgasms - Play Things - Ivy aka Iwia [720p].mov |
| 11/26/2012 | Lexi Belle (Swimsuit Calendar Girls 2012).avi |
| 11/26/2012 | Sandra Bullock - CamelToe - Pokies - Nude - Bikini - Set a 39 Pics |
| 11/26/2012 | babes_bg_lexi_belle_1080p_6000.mp4 |
| 11/26/2012 | MassageGirls18 - Mia (2012) [720p].wmv |
| 11/26/2012 | Katka.My.Best.Friends.Boyfriend.XArt.2011.HD_iyutero.com.wmv |
| 11/26/2012 | Paul_Panzer_-_Doener_Schaefchentango-DE-2005-MOD |
| 11/26/2012 | Play_Things_720p.mov |
| 11/26/2012 | The Dark Knight Rises [2012] DVD RIP XviD-CHD |
| 11/26/2012 | Monica_3hd22_.mp4 |
| 11/26/2012 | Victoria Rae Black - Service With A Smile |
| 11/25/2012 | After Flight Massage_720p.mp4 |
| 11/25/2012 | Mirror of Wisdom.pdf |
| 11/25/2012 | [ www.Speed.Cd ] - Spy.2011.S02E01.720p.HDTV.x264-BiA |
| 11/25/2012 | Merleau-Ponty. The structure of behavior |
| 11/25/2012 | xxx108.wmv |
| 11/25/2012 | Abraham Lincoln Vampire Hunter 2012 DVDRip XviD-ADTRG |

EXHIBIT C

MD47

| Hit Date UTC | Filename |
|---|---|
| 11/25/2012 | Connie.Heart.Soul.XArt.2012.FullHD_iyutero.com.wmv |
| 11/25/2012 | sexo-fh18-alice-121124.wmv |
| 11/25/2012 | Min morbror trollkarlen |
| 11/23/2012 | X Art - Baby HD 1080p |
| 11/23/2012 | WowGirls - State Of The Art Massage - Melanie B, Stephanie [720p].mp4 |
| 11/23/2012 | prnfle685x.m4v |
| 11/23/2012 | WowGirls - Riding My Favourite One - Adria [720p].mp4 |
| 11/23/2012 | WowGirls  The Woman In The Middle - Klara |
| 11/23/2012 | TheaNudeBeach.avi |
| 11/23/2012 | WowGirls - Too Big And Too Tight - Momoko [720p].mp4 |
| 11/23/2012 | prnfle935x.avi |
| 11/23/2012 | MassageCreeps - Breanne Benson (Hot Breanne Oily Massage).wmv |
| 11/23/2012 | 21Sextury-Tina Blade (Squirt queen Tina Blade 17.11.12) (2012) HDTV |
| 11/23/2012 | WowGirls - Final Fantasy - Klara And Hanna [720p].mp4 |
| 11/23/2012 | [WowGirls.com] Klara - Juicy Nymph 2011.mkv |
| 11/23/2012 | Hegre-Art  Kiki |
| 11/23/2012 | Explicite-Art - The Plumber (2012) [720p].mov |
| 11/23/2012 | Pretty And Pregnant 6.wmv |
| 11/22/2012 | How I Met Your Mother Season 1, 2, 3, 4, 5, and 6 + Extras DVDRip TSV |
| 11/22/2012 | Mini Van Moms 1 XXX |
| 11/22/2012 | pop_macy_lee_480p_2600.wmv |
| 11/22/2012 | 21Sextury-Alice Romain (Alice in Analland 17.11.12) (2012) SATRip |
| 11/22/2012 | Resident Evil Damnation 2012 720p BRRip x264 aac vice |
| 11/22/2012 | Dance Moms Season 2 |
| 11/21/2012 | Cameron.Dee.My.First.Massage.MassageCreep.2012.HD_iyutero.com.mpg |
| 11/21/2012 | House on Haunted Hill (1999) |

EXHIBIT C

MD47

| Hit Date UTC | Filename |
|---|---|
| 11/21/2012 | How I Met Your Mother Season 7 Complete HDTV Bzingaz |
| 11/21/2012 | X-Art - Tarde Espanola - Addison [1080p].mp4 |
| 11/21/2012 | FuckedHard18 - Aubrey [720p].wmv |
| 11/21/2012 | Analog Angel |
| 11/21/2012 | basshunter-jingle_bells_(live_at_totp_nl_16-12-2006)-xvid-2006-tdf.avi |
| 11/21/2012 | WowGirls - A Mellow Girl - Irina K [1080p].mp4 |
| 11/21/2012 | Explicite.Art.Emi.Russo.And.Angell.Summers.Needing.A.Helping.Hand.XXX.pornalized.mov |
| 11/21/2012 | MassageGirls18 - Mia Gold.mp4 |
| 11/21/2012 | Met.Art.Natalia.A.Palemon.XXX.1080p.pornalized.avi |
| 11/21/2012 | Kristen Stewart - Ass - Cameltoe - Upskirt - Bikini - Celeb - Set a 77 Pics |
| 11/21/2012 | x-art_addison_tarde_espanola_1080.mp4 |
| 11/20/2012 | 18 maj.rar |
| 11/20/2012 | Orgasms.Nessy.All.Over.You.XXX.pornalized.mov |
| 11/20/2012 | hmp0027-sd-1.avi |
| 11/20/2012 | X-ART collection HD |
| 11/20/2012 | WOWGIRLS.com Too Big And Too Tight 17.11 720P |
| 11/19/2012 | [ www.TorrentDay.com ] - Parenthood.2010.S03E18.HDTV.XviD-2HD |
| 11/19/2012 | [ www.TorrentDay.com ] - Parenthood.2010.S03E16.HDTV.XviD-LOL |
| 11/19/2012 | Guided Meditation |
| 11/19/2012 | Parenthood 2010 S03E17 Remember Me Im the One Who Loves You PROPER HDTV.XviD-FQM[ettv] |
| 11/19/2012 | Parenthood.2010.S03E15.HDTV.XviD-SPASTiKUS- |
| 11/19/2012 | prnfle923x.mov |
| 11/19/2012 | X Art - Susie And Kaylee HD 1080p |
| 11/19/2012 | HD Massage Porn Gillian 720p.mp4 |
| 11/19/2012 | X Art - Beatrice HD 1080p |
| 11/19/2012 | Stephen_King_-_Geralds_Lek-1994-DAISY-AUDIOBOOK-SE-2004-LzY |

EXHIBIT C

MD47

| Hit Date UTC | Filename |
|---|---|
| 11/18/2012 | Victoria Rae Black |
| 11/18/2012 | Parenthood - The Complete Season 1 [DVDRip]-NODLABS |
| 11/18/2012 | Season 2 |
| 11/17/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/17/2012 | Joys.Of.Anal.XXX.DVDRip.XviD -Jiggly |
| 11/17/2012 | prnfle904x.mp4 |
| 11/17/2012 | xxx91.mp4 |
| 11/17/2012 | x-art_beatrice_formidable_beauty_1080.mp4 |
| 11/17/2012 | CastingCouch-X - Cara.mp4 |
| 11/17/2012 | WowGirls - Paloma - A Close Acquaintance |
| 11/16/2012 | Joymii.12.10.28.Misty.S.Inside.Paradise.XXX.720p.WMV-KTR |
| 11/16/2012 | PornStarSpa - Rachel Roxxx - She'll Be Sticky After This Massage [720p HD] |
| 11/16/2012 | TwistysHard - Capri Cavalli.wmv |
| 11/15/2012 | pos10930_3000-chkm8te.mp4 |
| 11/15/2012 | Caprice_SD.mp4 |
| 11/15/2012 | Jasmin_SD.mp4 |
| 11/15/2012 | Rizzoli And Isles Season 2 Complete 720p |
| 11/14/2012 | Black_Decker_The_Complete_Photo_Guide_to_Home_Repair.pdf |
| 11/14/2012 | The Friend Zone - Lexi Bloom |
| 11/14/2012 | Rizzoli and Isles Season One |
| 11/14/2012 | Perfect.Combination.2010.DVDRip.XviD-VoMiT |
| 11/14/2012 | Dani Jensen from Nasty Cheerleaders Club |
| 11/14/2012 | Dark_Shadows_2012_DVDRip_XviD_VAK |
| 11/14/2012 | {www.scenetime.com}Greys.Anatomy.S09E01.HDTV.XviD-AFG.HebSubs-DR |
| 11/14/2012 | [ www.Speed.Cd ] - WWE.Monday.Night.RAW.2012.09.10.720p.HDTV.x264-KYR |
| 11/14/2012 | X-Art - Lovers Quarrel - Ivy [1080p].wmv |

EXHIBIT C

MD47

| Hit Date UTC | Filename |
|---|---|
| 11/14/2012 | Sorority Sluts Initiation #2.avi |
| 11/14/2012 | Codie - Tight Anal Abyss.mp4 |
| 11/14/2012 | X Art - Susie HD 720p |
| 11/13/2012 | WowGirls - 2012-10-27 - Stephanie - Cock Starved Stranger [1080p HD] |
| 11/13/2012 | Rules of Engagement Season 5 |
| 11/13/2012 | WowGirls - A Close Acquaintance - Paloma [720p].mp4 |
| 11/13/2012 | daniph.mp4 |
| 11/13/2012 | Eufrat - So Good, So Hot.mp4 |
| 11/13/2012 | X-Art - Susie Vacation Fantasy HD1080p |
| 11/13/2012 | MassageGirls18 - Brooklyn [720p].wmv |
| 11/13/2012 | prnfle881x.wmv |
| 11/13/2012 | Paloma - A Close Acquaintance - SD.mp4 |
| 11/13/2012 | WowGirls - 2012-10-24 - Elisa A - A Light Touch [1080p HD] |
| 11/13/2012 | Stephanie_SD.mp4 |
| 11/13/2012 | Anal Students-Lily Carter.avi |
| 11/13/2012 | Kristen-HappyCouples.mov |
| 11/13/2012 | 12.11.13.Crystal_CumFiesta_ImgZilla.mp4 |
| 11/13/2012 | MySistersHotFriend - Lexi Belle.wmv |
| 11/13/2012 | 12.11.13.Jessie_Lola_OrgasmsXXX_IngZilla.mp4 |
| 11/13/2012 | Rules.Of.Engagement.S04.Complete |
| 11/13/2012 | WowGirls - 2012-10-30 - Beata And Her Fist [1080p HD] |
| 11/13/2012 | Girls.Kissing.Girls.10.XXX |
| 11/13/2012 | WowGirls - Blondie Belly Dancer - Monroe [1080p].mp4 |
| 11/13/2012 | Luiza, Paloma and Rea - Hearts Of Three.mp4 |
| 11/13/2012 | xxx82.wmv |
| 11/13/2012 | FuckedHard18 - Alexis [720p].wmv |

EXHIBIT C

MD47

| Hit Date UTC | Filename |
|---|---|
| 11/12/2012 | prnfle629x.mov |
| 11/12/2012 | Rules.Of.Engagement.S06 |
| 11/12/2012 | mc.victoriaraeblack.wmv |
| 11/12/2012 | Greys.Anatomy.S09E05.HDTV.x264-LOL.mp4 |
| 11/11/2012 | prnfle866x.mov |
| 11/11/2012 | Alyssa Milano - Nude - Cameltoe - NipSlip - SeeThrough - Set a 79 Pics |
| 11/11/2012 | JOAN_JETT_1981_2010 |
| 11/11/2012 | Fucked Hard 18 - Alexis HD 720p |
| 11/11/2012 | prnfle868x.mp4 |
| 11/10/2012 | Free Imvu Credits - BRD{Prince96}.rar |
| 11/10/2012 | True Blood S05E02 HDTV XviD-XS[ettv][FRENCH].avi |
| 11/10/2012 | Madeas Witness Protection 2012.DVDRip.XviD-ViP3R |
| 11/10/2012 | Album Studio |
| 11/10/2012 | EarlMiller.12.08.21.Natallie.Norton.Solo.XXX.720p.WMV-OHRLY |
| 11/10/2012 | 21.Jump.Street.2012.LiMiTED.R5.x264-CRYS |
| 11/10/2012 | Metallica |
| 11/09/2012 | Damages S04E08 WEB-DLRip XviD-fredyr |
| 11/09/2012 | prnfle841x.wmv |
| 11/09/2012 | prnfle845x.mp4 |
| 11/09/2012 | 11.08.08.Victoria_JoyMii_ImgZilla.mp4 |
| 11/09/2012 | 11.05.29.Sunny_JoyMii_ImgZilla.mp4 |
| 11/08/2012 | Tori-TorridLove.m4v |
| 11/08/2012 | MurielNudeBeach.avi |
| 11/08/2012 | Sex Art - Elaina Raye HD 1080p |
| 11/08/2012 | TeensLikeItBig  Dani Jensen |

EXHIBIT C

MD47